Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

_____ Division



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

OCT 27 2023

ARTHUR JOHNSTON
BY_____ DEPUTY

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Dennis Lee Roth Jr

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Mc Bride

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.    1:23cv296 TBM-RPM

*(to be filled in by the Clerk's Office)*

Jury Trial Demanded

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    Dennis Lee Roth Jr

All other names by which

you have been known:

ID Number                               # 173226

Current Institution                     C, M, C, F

Address                                 P.O. Box 88550

                                        Pearl            Ms        39288
                                        *City*           *State*   *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                    Mc Bride

Job or Title *(if known)*               Deputy

Shield Number                           N/A

Employer                                Jackson County A.D.C.

Address                                 65 Bruce Evans Dr

                                        Pascagoula       Ms        39567
                                        *City*           *State*   *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                                    Jane Doe

Job or Title *(if known)*               Unknown

Shield Number                           N/A

Employer                                Unknown

Address                                 65 Bruce Evans Dr

                                        Pascagoula       Ms        39567
                                        *City*           *State*   *Zip Code*

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
 Name — Amanda Harris
 Job or Title *(if known)* — Nurse
 Shield Number — N/A
 Employer — Vital Core
 Address — 65 Bruce Evans Dr
 Pascagoula  Ms  39567
 *City*  *State*  *Zip Code*
 ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
 Name — See "Defendants"
 Job or Title *(if known)* — Attachment for others
 Shield Number
 Employer — J.C.A.D.C
 Address — 0 65 Bruce Evans Dr
 Pascagoula  Ms  39567
 *City*  *State*  *Zip Code*
 All  ☒ Individual capacity   ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)
☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 4th, 5th, 6th, 8th, 14th Ammendments of U.S. Constitution

18 USCA 241, 18 USCA 242, 42 USCA 1986, ~~░░░░░~~

~~░░░░░░░░~~

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# — Defendant's — Con't

④

Mike Wright — Individual + Official Capacity
Title – Warden
Employer – J.C.A.D.C
Address – 65 Bruce Evans Dr. Pascagoula, Ms 39567

⑤

Lara Usher – Individual + Official Capacity
Title – Nurse
Employer – Vital Core
Address – 65 Bruce Evans Dr. Pascagoula, Ms 39567

* Vital Core and/or the Jackson County Board of Supervisors may need to be added as the Answers from the Defendant's come in, especially pertaining to Defendant Jane Doe's Answer and identity.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All acted under Color of Law

Jail staff/Medical Staff ~~————————~~

### III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☒    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

### IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See Complaint/All in J.C.A.D.C

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Jackson County Adult Detention Center

October-November 2021 + October-November 2022

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Assault - 10-4-22 / 2 pm - 2:30 pm

C.    What date and approximate time did the events giving rise to your claim(s) occur?

9-28-21 through 11-19-21 / 10-4-22 through 12-2-22

See - Complaint 

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See - Complaint

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Physical, Mental, Emotional, Dental, Vision

See - Complaint

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See - Relief Sought

# — Relief Sought—

McBride— Compensatory, Nominal, punitive, mental and emotional distress, ALL related medical, Dental, mental health costs, Any attorney fees, violation of 18 U.S.C.A 241/18 U.S.C.A. 242, 4,5,6,8,14

Jane Doe — Compensatory, Nominal, Punitive, Mental and Emotional distress, ALL related medical, Dental, and mental health costs, Any attorney fees, violation of 18 U.S.C.A 241/18 U.S.C.A 242, 4,5,6,8,14 Const ammendments.

Amanda Harris — Compensatory, Nominal, Punitive, Mental and Emotional Distress, Any related mental health Costs, Attorney fees, 4,5,6,8,14, Jane Doe Identity

Mike Wright — Compensatory, Nominal, Punitive 1,4,5,6,8,14, Attorney fees, To give the name of the Defendant Jane Doe to Marshalls upon recieving complaint, or to his Attorney, Any Mental health costs

Lara Usher — Compensatory, Nominal, Punitive, mental and emotional Distress, Attorney fees, Jane Doe Identity, 1, 4,8,14 ammendments, Mental health Costs

\* Preliminary Injunction hearing motioned for against Defendant Amanda Harris. I have Court proceedings any time in Jackson County. My physical health is in imminent danger of serious physical injury or death with a fourth round of deliberate indifference from her and her direction of medical staff towards me. The Mississippi Board of Nursing needs to get involved and my attempts to reach them + Vital Core have been ignored. Nurse's Sandy McMillan, [who no longer works there], and Nurse Brown will be all that is needed on my behalf, \*

Any other Relief against any Defendant the Court feels I'm entitled to is requested respectfully.

Date—10-19-23                    Dennis Lee Roth #173226

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Jackson County Adult Detention Center
65 Bruce Evans Dr. Pascagoula, Ms 39567

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All Claims in Complaint

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.      If you did file a grievance:

1.  Where did you file the grievance?

J.C.A.D.C / M.D.O.C

2.  What did you claim in your grievance?

All Claims in Complaint

3.  What was the result, if any?

No Relief

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

All Grievance/A.R.P.'s Available Exhausted

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

# All available administrative remedies Exhausted

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.

7.   What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Dennis Lee Roth Jr

Defendant(s)    Amanda Harris, Kelly Adamson, Van Arnold, Malaysia McSwain

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Southern District

3.    Docket or index number

1:20-cv-00337-LG-RPM

4.    Name of Judge assigned to your case

Dist-Louis Guirola Jr / Mag-Robert P. Myers Jr.

5.    Approximate date of filing lawsuit

November 2, 2020

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Still in Litigation

# Complaint

pg _1_

The basis for this Complaint began, about September 28, 2021, when I was transfered from Central Mississippi Correctional Facility to the Jackson County Adult Detention Center on an Order from the Jackson County Circuit Court to begin Trial. Upon Booking, I was given a Medical Intake and Advised the Nurse I had Ulcerative Colitis and required Diapers for bleeding + incontinence + had a prescribed Diet for these issues from a gasterointerologist at Merit Health in Jackson, and Dr. Brazier who is/was the Head Medical official at C.M.C.F.. I was also diagnosed with intestinal inflamation after Dr. Stewart Boyd did a Colonoscopy in May of 2021 I had been taking Mesalamine since December of 2020 for Ulcerative Colitis and Kepra for Seizures. This is the Medication given to me by M.D.O.C. I had been incarcerated since December 31, 2019 and had been housed at J.C.A.D.C until November, 19, 2020 and Transferred to C.M.C.F for processing on an unrelated charge. My issues were minimal upon my return. Within 10 days I started to bleed and had trouble holding my Bowels. Within the first 30 days I had signed several release papers to get my meds because they refused to give them to me + they already had records of my Seizure Meds and were well aware of my Medical issues because of prior Litigation on the issue and denial of Medical Care. Nurse Hand had said there was no reason why the records had not come, because she requests them all the time from C.M.C.F. Nurse Brown said the same thing and got angry around 30 days of me not recieving Kepra. After 33 days My records had come + I was recieving Kepra, but not mesalamine or Baclofine for my Back. I was accused of using Kool-Aid as fake blood and I was in a cell with a camera in it. On arrival I was placed on a zone with other inmates on Quarantine and after 3 days and putting grievances in I was moved back to,

over

Pg 2

Booking for Medical Holding. That's why I had daily Contact with Nurses about my issues. Days later I was moved to a regular pre-trial zone, I grievanced everything as required and the next morning I was moved back to booking "Per the Warden", that would be Tyrone Nelson. So being back there is the only way I accomplished getting my Meds. Amanda Harris Came to my Cell and Screamed at me "Your Not getting a diet so stop asking for it." She is Known as the Nurse who runs the other Nurses and Kelly Adamson is her boss and that's top of the line at the J.C.A.D.C. The thing is I was never in a medical Cell for Medical, I was there "Per the Warden". Please understand this is a 24-Hour lockdown No Access to the grievance process because there is no Kiosk in booking and you are escorted to the shower and locked in about Midnight - 2 AM. Rarely was I allowed to use a phone at 2 AM, which, who exactly is answering at 2 AM. Basically Warden Nelson and Amanda Harris, Had a sit down with Leighann Roush about me and leighann is basically a paralegal who does our Notaries. She told me to my face when that meeting happened and said Tyrone Nelson was weighing his options on letting me out. So basically you put me in lockdown under the guise of Medical for using the grievance process and everyday I would ask, when possible, to the nurse, Why am I here on Medical and every nurse would show me their list and say "your not here for medical your here "per the Warden." In the real lockdown zone you come out an houre each day and @ can use the phone and send E-mail and have access to Requests/grievances per the Kiosk. Simple way of Denying me those abilities. I started writing paper requests, which did nothing. My total Stay was 53 Days. I left again to CMCF on November 19, 2021 and it was not until November 17, 2021 that I started recieving mesalamine. During that time I was able to get word to my Dad that I needed food & that helped with the,

Next Page

Bleeding and stomach pains. Being forced to stay in that Cell 49 of 53 days under Constant illumination from 2 large floyrecent Bulbs 24 hours a day, with no hot water and no exercise severly hurt my back. I'm Anemic and it's very cold. I asked several times for another blanket. There would be days I couldnt get new clothes so I would have blood and feces on my clothes. The list just goes on and on. For several months it' Consistently got worse & The gasteroointerologist had to Double the mesalamine and provide me with 3 Nutritional support shakes each day. He told me specifically "If the only difference in you being at CMCF and at the J.C.A.D.C is what your eating that's what is doing it and thats what Causes Severe U.C.". I had to see him several times until May 5th. I was moved to S.M.C.I in Leakesville and it gradually improved. But the diahrrea was persistent. Same food at CMCF & SMCI, same company. Also Vital Core is the medical Provider at J.C.A.D.C, C.M.C.F, S.M.C.I and Wilkinson County Correctional facility. The latter 3 are prisons and I moved to W.C.C.F. September 15, 2022, and stayed there only 19 days and was also given diapers and a special diet, they have a different food company but they gave me milk everyday and had very nutritias food. On October 4th I was brought back to the J.C.A.D.C on Court Order for proceeding and brought 3 Full packs of Diapers with me ALL my medication, Orders for my diet ordered on September 19, 2022 and Orders to have a shower Chair to help me with standing in the shower and for my back in My Cell. My diapers, Meds and copies of the Orders Were presented to Lara Usher upon booking medical intake. At which time she told me, "We deny everybody everything, because if we give it to one person then we have to give it to everybody and we don't do special diets." I just came from an EXTREMELY,

over

pg 4

dangerous, volatile situation I was bleeding bad and Captain Daniel's and the assistant warden can testify to what they witnessed coming from me in a cell with only diaper's and a suicide smock and blanket at W.C.C.F. I talked to Captain Daniel as I was walking out. I'm Protective Custody so EVERYTHING stops when I move through a hall or section. I'm here, the transportation officer should have notified the J.C.A.D.C of this upon arrival. People moving around me makes me very defensive, I'm already being told no on my medical issues and that's only going to be bad for me. All I know is Lara Usher and Ashley McClain were doing medical and mental intake which is absolutely useless. McBride and an female Deputy are behind the Counter with them and Sergeant McCoy is in the Box overseeing Booking. The female told me to come around the side for questions and when I walked around Amanda Harris came through the door and I slapped her is what they said. I never heard a command, just a female yelp + I laid face down immediately and placed my hands behind my back. All I heard was footsteps and what felt like a 300 lb boulder landed on my back, squished my insides out, and I was getting pounded and pounded in my right ear. I turned my head left, my left arm was brought up in the Air while McBride continued to pound me with his right fist and what he was doing I realized was calculated so when he lifts my left arm forward and up, it makes it so that when he punches me, my face bounces off the concrete floor. My right arm never moved from behind my back. He continued until I couldn't see from the blood and some one else — A female — started punching me with both fists while McBride continued punching me in the back of my head and right ear. This continued for a minute or so. I never resisted, was never sprayed or cuffed,

Nxt Pg

Eventually Sgt. McCoy got McBride + whoever the female off me. He had to come out of a locked tower, around in the hall, through a locked door and over to me. I heard, "Get off him man" as McBride's weight released from whatever popped in my back. McCoy asked me if I was alright and got me up. I was covered with blood + feces + McCoy made me go in #2 and change my clothing and diaper I came directly back out to McCoy bleeding he said "Roth, I got somebody coming right now to take you to the Hospital, you got to get stitches man." He was speaking in my left ear and I told him I could hardly hear. He looked directly at McBride and said "Do you not know who that is? Man your fixing to get fired, I get sued and probably go to prison for that, that was uncalled for man." As I was laying on the ground cuffed and bleeding, Amanda Harris yelled, "You F----d with the wrong B---h you Molester." I was informed years ago that she was looking inmate charges up and discriminating against them on medical care. Officers + Nurses told me this information. I'm booked in on an Arson Charge. Deputy Allen had me in a room at Singing River Hospital by 2:40pm. I arrived at the J.C.A.D.C at 1:30pm. I was stitched up after an MRI on my head and the Dr. Refused to do an MRI on my back. He said "I already know about your back injuries" as soon as I said it. Nowhere in my records is there a back injury. So someone called ahead and divulged my information without my written or verbal consent. I told the Dr. I had total hearing loss and in my right side complete blurred vision and something popped in my back. To this day the white in my left eye remains completely red and the vision in my left eye is getting more and more blurred, I have severe hearing loss in my right ear, I had 12 stitches over my left eye and a 2 inch scar with a hole above it Remains on the left.                    over

Pg.6

I returned and was housed in booking until the following Tuesday and moved to lockdown. I was refused a shower in booking until midnight on the 7th so I had blood + feces all on me & when I returned I told Lora Usher I needed my diapers to change and she said "You refused your diapers at booking". I said it Everyday to Every person. All it was is retalliation for a prior case Against Harris and Outright denial of ANY medical Care.

I was never issued a Disciplinary Sanction and was housed in lockdown in a specific Cell per the Warden. Several Cells were Unusable and had toilets full of feces the entire time I was there. The stinch was so bad to the officer's and Nurses wouldnt come in. They wouldnt give us a chance to clean our own Cells during Clean-up. Methane is what is produced from fecies and can Rill you. As I stated officers stated that was why they used zone 26 because of no heat/A/C or ventilation/circulation. It was a severe contributing factor to my Physical, mental and emotional decline. Vital Core B.M.I for me is 124-170. I weighed 119 upon entry to CMCF on 10-2-22. No one could believe how I looked when I got back. I mean staff not inmates and will call witness's to verify that. Nurse Brown + Nurse McMillan want to be subpoenaed to give statements at the Omnibus. I was moved from lockdown to a regular zone on 10-11-23 and back to lockdown per Wright the next morning. Kept in lockdown until 12-2-22. Wright Was the Handler of Every grievance and would not step in. The next part of this Complaint is a Journal that I Kept as best I Could under the Circumstances and has been Declared to. *Note* is where I re-started a couple days before mailing. That's why it has lined paper.

Next Page

Complaint Page 7

10-4-22 - Denied diapers + medications by Lara Usher + Amanda Harris
        Assaulted by Deputy McBride + ~~Green~~, sent to Hospital
10-4 /10-6-22 - Denied shower + phone /10-7- 1st shower at facility
10-6-22- Dr. Montgomery 30 min ~~~~ Evaluation of Court
10-10-22- Denied shower + phone
10-12-22- Moved to lockdown /10-13-22- Moved to G.P. @ 7pm
10-14-22- Moved to lockdown "Per Major Wright" @ 9 AM
10-16-22- ~~~~ Stitches removed by Jenn, Denied Diet + Meds
10-17-22- Denied recreation, for showering [zone has no ventilation]
        └ Deputy Barnes ┘ Threatened Also / Antagonized
10-16-22- I.L.A.P turned in at 10pm Headcount. - Torts -
10-19-22 - The lunch today was leftovers from 10-17/10-18 only, there
was no new cooked food. Chicken + Rice + Red Beans mixed w/cabbage.
*NOTE* Virgil Moore + Dion Neal have special medical diets.
10-20-22 - 9 AM, the water will not come out of the faucet and the toilet
is full of Blood, feces, urine and will not flush. 3pm Water fixed
Lesley Lamb told me today, he was in booking when I came in and
he heard Corporal McCoy tell Deputy McBride that he had
violated my civil rights by assaulting me and that he
was probably going to prison.
10-21-22 - I've been asking for toilet paper from deputies
since noon and it's now 9pm + still haven't gotten it
and my call button for medical doesn't work. I just
told the Nurse Maria + Deputy Allen I've been asking
since noon for toilet paper. Never got toilet paper.
    Since 10-20-22, they have been passing out bottled water and
today 10-22-22 about 1pm they announced over the intercom
that the water was safe to drink, but they never told us not
to drink it and, is there a magic pipe that goes to the
kitchen where they can cook us already rotten food with
safe water or have ~~we~~ been fed food cooked with contaminated
water for 3 days.
10-22-22- The meat patty was rotten, black, hard etc. you could tell
something was wrong. Had Peanut Butter sandwiches today, every other
day it's been putrid smelling meat. Enough P.B to cover one half of
one slice of bread, basically just bread with a tan smear.
10-23-22- ILAP Turned in at 10pm Headcount
10-24-22- Deputy         Asked me at lunch why I haven't filed a
suit against McBride, said everyone that has watched the video,

has told him he was wrong and going to get fired and going to prison. Also said their has been no disciplinary action against him for assaulting me.

10-25-22 - The lunch was rotten leftovers from the last week. They served peanut butter in a 2oz packet + 2 jelly packages of 1/2 oz each. Never seen that before.

Deputy Barnes is continually discriminating and retalliating against me in certain ways that deprive me of my daily policy rights then talks about me in a derogatory way to other deputies when they come in. He also does this to the guy in 2621 because he has a mental disability.

10-28-22 - A inmate named "Pinson" also has a special diet at this facility. I saw the tray and talked to the guard. Lunch today was ONLY the leftovers from 10-26- + 10-27, which was Cheesy rice and Beans and Rice. There's no way that's on the master menu from Summit foods and it's nutritionally deficient and doesn't meet calorie intake because of the small portions and mainly only rice, which is cruel and unusual punishment to me because of my medical issues and the Kitchen staff which is directed by Lisa Cates and the medical staff which is directed by Kelly Adamson and Amanda Harris conspiring together to deprive inmates of the minimum civilized measure's needed to support Basic health and by cutting cost's and less work for both groups. Nurse Jenn told me personally when I got my stitches out that it was Lisa and the other Kitchen staff who gripe at medical about diet's and that's why medical "Doesn't do special medical Diets".

Mrs. Joe came to do a 15 day evaluation today but all she wanted to talk about was the text message between me and my friend. She said I did not and could not have a disciplinary after seven days. I asked her why I could not have my canteen and visits and she could not tell me. She also said I'd been here since 10-12-22. I told her my days in booking counted as she had told me before, unless, I'm on suicide or psych ops. I never saw medical or mental health. Complete denial of Due process and retalliation.



11-3-22- Mrs. Joe came to see other inmates today and refused to see me or talk to me and when I asked her on the Kiosk about my situation the response was "Closed, No Comment." It's either evasive or rhetorical when trying to communicate with admin at this facility. Do I not have a right to know what I need to be doing to not be kept in solitary confinement and stripped of privileges. There is no penological justification for that and without a Rule violation then there can be no penological Interest and an "interest" should be fair and when it's not fair it violates my Civil Rights. Major Wright is using Mrs. Joe as a pawn and she is well aware of it and it's intentional. Why has there been no action against Deputy McBride or Amanda Harris ~~████████~~ I've been here 30 days today and still have yet to get a notarization ~~from~~ for legal work from Leighann Rousch. She has also refused to give me a stamped envelope to provide a notice of address change to the U.S. District Court, which I'm ordered to do. ★ 10-30-22- ILAP shown to camera + turned it at headcount. ★
11-6-22 - ILAP turned in at 10pm Head cound - NOTE- I requested two chapters of the Prisoner Self Help Litigation Manual. I turned in a M.D.O.C. Legal mail form amd two A.R.P's. ~~████████~~
~~████████████████████████████~~
~~████████████████████████████~~
~~████████████████~~ I asked for Cases and address's. I showed all the form's to the camera before I placed them in the door + handed them to the officer at 10pm. Every other time I've ever asked for chapter's of that book, Leighanne Rousch has thrown my ILAP away. She has always refused to send my mail in with my ILAP.
11-8-22 - I spoke with Deputy Joe briefly about being housed in here, I guessing she will evaluate me again by friday for my 30 day review. I was sent a packet of so called "ARP" forms from Leighanne Rousch and the ~

forms are incorrect. They are the first pages of the R.V.R appeal packet, that contain A.R.P forms. Then she wrote me a "post-it" that gives the wrong instructions about how to file an A.R.P and she has the opposite highlighte on the form. Then, she wrote me on the Kiosk and lied and is obviously trying to mislead inmates on filing A.R.P's in accordance with M.D.O.C. Policy Number 20-02-1. She would never provide the forms before, her or the warden, even after being asked and grievanced and all officers were asked. Corporal Boro also told me that Warden Nelson use to tell them to tear up any paper grievances / A.R.P's and so forth. Warden Nelson also told me on the Kiosk "M.D.O.C does not govern us". So what is the point in having to file an A.R.P if it has no effect and the grievance system / policy here is constitutionally adequate. I will be sending in 2 more properly formatted A.R.P forms sunday night -11-13-22- that were given to me at S.M.C.I just recently about the incident of being Assaulted by Deputy McBride and Amanda Harris and ongoing denial of adequate medical care. Those as I understand will be logged and become active when the two I sent monday have completed the process. Everything will be shown to the camera & handed to the Deputy at 10pm headcount as usual and logged on this paper. The things from Leighanne will be attached as Exhibits

1-10-22- I spoke to the mental Health Nurse today and she said a new policy was implemented starting today that everyone in segregation has to bee seen by mental Health daily. I told her I wanted my tegretol started back and I wanted to see the provider A.S.A.P. She said she would put me on the list to see Dr. Smith. Her name is Ashley McClain, She was in booking on 10-4-22

11-11-22 - Psych never came around today.

11-12-22 - They are bringing juice with aspartame/phenalalanine on the tray's and I have listed Allergies to this.

11-12-22 <sup>cont</sup>- the last three days have been "leftovers", basically yellow gravy with white meat and rice on 11-10, then they added beans to it on 11-11, and then served it without beans on 11-12, must've been the holiday on 11-11 that made them have to substitute.

11-13-22- Inmate "M. Gelbert" has a special diet. I turned in an I.L.A.P form, Legal mail form and two A.R.P's to Deputy Goose at 10pm head count, I showed them to the camera at about 8:30 pm

11-14-22 - I did an "off the record" evaluation about my housing at about 11:30 Am. I spoke to the mental health case manager, Ashley McClain at pill call and she said I was on the list to see the mental Health provider. I spoke to Leighanne Roush today and there is no explaining to her that what she is telling me and/or other state inmate about I.L.A.P is against M.D.O.C policy. -END

*NOTE* This was a basic Journal I Kept while there. When McBride put all his weight on his knee in my back it completely soaked my Diaper with blood + feces and my back popped I never heard a command or anything I just laid face down and put both hands behind my back to be cuffed but he just ran over and kept beating my head with his fist and lifting my head up with my left arm so when he would punch me my head would hit the concrete that's why I needed 12 stitches in my face + my ear on the right swole closed and have permanent hearing loss + black spots in my Retinas + blurred vision. I dont know who the other person was that was hitting me because I was face down. I was never allowed to shower until days later. When I returned from the hospital Lara Usher told me "You refused your Diapers on intake". That and my diet was the issue to begin with, because she said, "We deny everybody everything from the door, because if we give it to one person we have to give it to everybody." In 2021 Nurse Brown saw that it took 33 days to get my Seizure meds + they refused to give me my Ulcerative Colitis meds until 2 days before I left on 11-19-21. Nurse Brown + Nurse MacMillan said to PLEASE make sure they subpoenaed me I

can come to Court and tell everything that medical is doing wrong. She said she knew they were trying to fire her like they were Mrs. Macmillan. Ashley McLain was in booking and made sure I never saw the provider for mental Health. Nurse Jenn had to bring me to medical at 10pm and told me "Your not allowed in medical because you filed a suit in 2020 against Kelly Adamson & Amanda Harris". That's retalliation and outright Medical denial.

Vital Core is the Medical Provider at every facility I've been to in the last 4 years. In '21 at J.C.A.D.C I was accused of using Kool-Aid to make fake blood. The J.C.A.D.C will not wash underwear and socks and I had only one bar of soap for 3 weeks. Jumpsuits would get feces & blood in them & officers would refuse to change them. Refuse toilet paper. That causes the worst Rash you will ever see. When I got back to C.M.C.F I weighed in at 119 lbs, almost 30 pound under my normal weight. I could barely walk or breath. The "26" housing unit had no heat, no A/C or Ventilation/circulation and no hot water. No medical call buttons worked and all grievances went to Warden ~~████~~ Wright and he would do nothing. I don't remember feeling that bad in all my life. Physically, Mentally or Emotionally. This paper has lines because it's what I had at the time. All papers from here on will be consistent. This is the basis and will be elaborated/amplified later.

I declare under penalty of perjury that the statement given here is true and correct to the best of my knowledge.

Date - 10-19-23

Dennis L. Roth Jr. #173226
Central Miss Correctional facility
P.O. Box 88550
Pearl, Ms 39288

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10-19-23

Signature of Plaintiff    Dennis L. Roth Jr

Printed Name of Plaintiff    Dennis Lee Roth Jr

Prison Identification #    173226

Prison Address    P.O. Box 88550

Pearl                    Ms          39288
    *City*                *State*      *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                    *City*                *State*      *Zip Code*

Telephone Number

E-mail Address