**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**DENNIS LEE ROTH, JR.** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 1:23-cv-00296-TBM-RPM**

**LOGAN MCBRIDE, et al.** **DEFENDANTS**

**ORDER GRANTING JOINT MOTION [60] TO DISMISS**

Before the Court is the unopposed Joint Motion [60] to Dismiss filed by Defendants Logan McBride, Mike Wright, and VitalCore Health Strategies, LLC. Inmate Plaintiff Dennis Lee Roth, Jr., filed this lawsuit on his own behalf on October 27, 2023. Plaintiff proceeded *pro se* for several months, until the Court learned that he had been adjudicated incompetent to stand trial in an unrelated criminal matter in the Jackson County, Mississippi, Circuit Court. [30], p. 1. To preserve Plaintiff's rights, the Court appointed a guardian *ad litem* ("GAL") to investigate the issue of Plaintiff's competence. [30], pp. 1-4. Following the GAL's investigation and report, the Court appointed Attorney K.C. Hightower to serve as Plaintiff's counsel for the remainder of the case. [38], pp. 1-2. Through counsel, Plaintiff filed an Amended Complaint [41] on April 24, 2025, and the parties appeared before Magistrate Judge Robert P. Myers, Jr., for a settlement conference on August 7, 2025.

The parties now announce to the Court that they have reached a settlement agreement in this case. [60], p. 2. The Rankin County, Mississippi, Chancery Court has established a conservatorship for Plaintiff and appointed the GAL as Limited Conservator "to execute documents to consummate the settlement and to receive and safeguard the proceeds of the settlement." [60], p. 2. The settlement funds have since been disbursed and are available to

Plaintiff, [61], pp. 1-32, and Plaintiff does not oppose the requested dismissal, [60], p. 1.

**IT IS, THEREFORE, ORDERED** that Defendants' unopposed Joint Motion [60] to Dismiss is **GRANTED**. This case is **DISMISSED WITH PREJUDICE** as to all claims against all parties, with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit solely for the purpose of enforcing any agreement governing its resolution and dismissal. A separate final judgment will be entered under Federal Rule of Civil Procedure 58.

**THIS, the 26th day of October, 2026.**

**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**